COM.

v.

**BARNETT, A.**

**428 WDA 2016**

Superior Court of Pennsylvania.

3/7/2017

CP–02–CR–0014068–1993

(Allegheny)

Affirmed

COM.

v.

**FRY, D.**

**698 WDA 2016**

Superior Court of Pennsylvania.

03/07/2017

CP–42–CR–0000435–2014

(McKean)

Vacated/Remanded

COM.

v.

**NAKUTIS, D.**

**463 WDA 2016**

Superior Court of Pennsylvania.

03/07/2017

CP–30–CR–0000165–2014

(Greene)

Affirmed

COM.

v.

**MILLER, J.**

**702 WDA 2016**

Superior Court of Pennsylvania.

03/07/2017

CP–43–CR–0001594–2013

(Mercer)

Affirmed